THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
 In The Court of Appeals
 
 
 
 
 The State, Respondent,
 
 
 
 

v.

 
 
 
 Rodney Jones, Appellant.
 
 
 

Appeal From Richland County
 G. Thomas Cooper, Jr., Circuit Court Judge

Unpublished Opinion No.  2005-UP-355
Submitted May 1, 2005  Filed May 23, 2005

APPEAL DISMISSED

 
 
 
 Acting Deputy Chief Attorney Wanda H. Carter, Office of Appellate Defense, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, Office of the Attorney General and Solicitor Warren Blair Giese, all of Columbia, for Respondent.
 
 
 

PER CURIAM:  Rodney Jones was indicted and later convicted for two counts of armed robbery.  The trial court sentenced him to concurrent terms of 18 years on both charges.  On appeal, Jones argues the trial court erred in charging the jury on the law of receiving stolen goods.  After a thorough review of the record and the counsels brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss Jones appeal and grant counsels petition to be relieved.[1]
APPEAL DISMISSED.
ANDERSON, STILWELL and WILLIAMS, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.